UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL LASCHE and <br> JENNIFER LASCHE <br><br>              PLAINTIFFS <br><br> Vs. <br><br> KYLE HIGGINS, KATIE EPPERLY, <br> MARY LIPPINCOT, JANELLE CLARK, <br> JOHN OR JANE DOES 1-10 <br><br>              DEFENDANTS | No.: 3:18-17552 (FLW) (TJB) |

**PLAINTIFFS' NOTICE OF APPEAL**

NOTICE is hereby given that the Plaintiffs Michael Lasche and Jennifer Lasche appeal to the United States Court of Appeals for the Third Circuit the District Court's opinions and orders dated September 26, 2019 and June 4, 2020.

Dated: June 23, 2020

Respectfully Submitted,

*Michael P. Laffey*
Michael P. Laffey

Michael P. Laffey (ID # 026761986)
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel. New Jersey 07733
(732) 332-9300
Attorneys for Plaintiffs *Michael and Jennifer Lasche*