

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. BOX 116<br>TRENTON, NJ 08625-0116 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL T.G. LONG<br>*Director* |
| TANESHA L. WAY<br>*Lt. Governor* | | |

September 29, 2023

```
SO ORDERED:
s/ Tonianne J. Bongiovanni
TONIANNE J. BONGIOVANNI
United States Magistrate Judge
Dated: October 2, 2023
```

**VIA ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:** *Lasche v. State of New Jersey, et al.*
            **Civil Action No. 3:18-cv-17552**

Dear Judge Bongiovanni:

      This office represents Defendants the State of New Jersey, the New Jersey Department of Children and Families, Kyle Higgins, Mary Lippencot, Katie Epperly, Janelle Clark and Christine Norbut Beyer ("State Defendants") in the above-captioned matter.

      This letter serves to update Your Honor on the parties' settlement discussions. The parties are making progress toward settlement, however, a few additional details regarding the extent and scope of the interview process are being considered and discussed. As such, the parties request additional time to deliberate and to provide the Court with an update by October 27, 2023.

      Thank you for Your Honor's time and consideration of this matter.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 815-2839 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

September 29, 2023  
Page 2

      Respectfully submitted,

      MATTHEW J. PLATKIN  
      ATTORNEY GENERAL OF NEW JERSEY

   By: /s/ Phoenix N. Meyers  
     Phoenix N. Meyers  
     Deputy Attorney General  
     NJ Attorney ID: 307302019

cc: Counsel of Record  (via CM/ECF)