

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. BOX 116<br>TRENTON, NJ 08625-0116 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

October 26, 2023

**VIA ECF**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

So Ordered this 26th day
of October, 2023.
*/s/ Tonianne J. Bongiovanni*

Re: *Lasche v. State of New Jersey, et al.*
Civil Action No. 3:18-cv-17552

Dear Judge Bongiovanni:

This office represents Defendants the State of New Jersey, the New Jersey Department of Children and Families, Kyle Higgins, Mary Lippencot, Katie Epperly, Janelle Clark and Christine Norbut Beyer ("State Defendants") in the above-captioned matter.

This letter serves to update Your Honor on the parties' settlement discussions. The parties are making progress toward settlement, however, the parties the parties request additional time to deliberate and to provide the Court with an update by November 10, 2023.

Thank you for Your Honor's time and consideration of this matter.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 815-2839 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Phoenix N. Meyers
    Phoenix N. Meyers
    Deputy Attorney General
    NJ Attorney ID: 307302019

cc:   Counsel of Record   (via CM/ECF)