

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>TAHESHA L. WAY<br>*Lt. Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. Box 116<br>TRENTON, NJ 08625-0116 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL T.G. LONG<br>*Director* |

November 14, 2023

**VIA ECF**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: ***Lasche v. State of New Jersey, et al.***
        **Civil Action No. 3:18-cv-17552**

Dear Judge Bongiovanni:

    This office represents Defendants the State of New Jersey, the New Jersey Department of Children and Families, Kyle Higgins, Mary Lippencot, Katie Epperly, Janelle Clark and Christine Norbut Beyer ("State Defendants") in the above-captioned matter.

    This letter serves to update Your Honor on the parties' settlement discussions. The parties are making progress toward settlement. Since the last update to the Court the Plaintiffs provided a counter proposal that the State Defendants are considering. However, State Defendants need to internally consult regarding the proposal and an individual necessary for deliberations was away on vacation and not returning until this week. As such, the parties request additional time until December 8, 2023 to provide the Court with an update.

    Thank you for Your Honor's time and consideration of this matter.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 815-2839 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

November 14, 2023
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Phoenix N. Meyers
    Phoenix N. Meyers
    Deputy Attorney General
    NJ Attorney ID: 307302019

cc:   Counsel of Record   (via CM/ECF)

So Ordered this 15th day of November, 2023.

[signature]