# Michael P. Laffey

Attorney at Law

Email: mplaffeylaw@gmail.com

226 Broadway
Long Branch
New Jersey 07740

Phone 732.642.6784
Fax    732.576.7505

December 7, 2023

**VIA ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:**   *Lasche v. State of New Jersey, et al.*
             **Civil Action No. 3:18-cv-17552**

Dear Judge Bongiovanni:

    Please be advised that the parties seem to have reached an impasse with regard to settlement negotiations.

    I believe a brief telephone conference with your Honor may be of assistance in breaking that impasse and would respectfully request the Court schedule same.

    Thank you for your kind attention.

                                    Respectfully

                                  *Michael P. Laffey*
                                  Michael P. Laffey
                                  Attorney for Plaintiffs

MPL/hs
cc: Phoenix Meyers Esq.