# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL LASCHE and JENNIFER LASCHE,<br><br>          *Plaintiffs*,<br>  v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>          *Defendants*. | Civil Action No.<br>3:18-cv-17552-FLW-TJB<br><br>**NOTICE OF APPEARANCE** |

    Richard C. Osborne hereby enters an appearance of counsel on behalf of Plaintiffs, Michael Lasche and Jennifer Lasche, in the above-captioned matter.

January 23, 2024                          Respectfully submitted,

/s/ Richard C. Osborne
Richard C. Osborne
The Becket Fund for
  Religious Liberty
1919 Pennsylvania Ave., NW,
  Ste. 400
Washington, DC 20006
(202) 955-0095
rosborne@becketlaw.org
