UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

MICHAEL LASCHE and JENNIFER LASCHE
Plaintiff(s),

v.

STATE OF NEW JERSEY, et al.,
Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**

Civil Action No.  3:18-cv-17552-FLW-TJB

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:  Lori H. Windham
_____

Address:  The Becket Fund for Religious Liberty
_____

1919 Pennsylvania Ave. NW
_____

Suite 400
_____

E-mail:  Washington, DC 20006
_____

lwindham@becketlaw.org
_____
(One email address only)

DNJ-CMECF-002