

1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 / 🐦 @BecketLaw
www.becketlaw.org

July 10, 2024

Hon. Tonianne J. Bongiovanni
United States Magistrate Judge
United States District Court for New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Lasche et al. v. State of New Jersey et al.,*** **No. 18-17552**
**Request for Status Conference:**

Hon. Judge Bongiovanni:

Plaintiffs request a status conference in the above-captioned matter to discuss letters filed by counsel for Plaintiffs and Defendants on July 9 and 10, 2024, including Defendants' proposed confidentiality order. Counsel for Plaintiffs will be out of town and unavailable next week (July 15-July 19) but can otherwise be available at the Court's convenience anytime this week or the week after next.

Respectfully submitted,

/s/ Richard C. Osborne
Richard C. Osborne
Lori H. Windham
William J. Haun
Laura Wolk Slavis
Benjamin A. Fleshman
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W.,
  Ste. 400
Washington, DC 20006
(202) 955-0095
*rosborne@becketlaw.org*

*Counsel for Plaintiffs*

cc: All counsel of record