UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

MICHAEL LASCHE and JENNIFER LASCHE

Plaintiff(s),

v.

STATE OF NEW JERSEY

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.  3:18-cv-17552-GC-TJB

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Laura Wolk Slavis
_____

Address:  The Becket Fund for Religious Liberty
_____

1919 Pennsylvania Ave. NW
_____

Suite 400
_____

E-mail:   Washington, DC 20006
_____

lslavis@becketlaw.org
_____

(One email address only)