# *State of New Jersey*

PHILLIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 116
TRENTON, NJ 08625-0116

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

April 11, 2025

**VIA CM/ECF eFile**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey – Trenton Vicinage
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**Re: Lasche, et al. v. State of New Jersey, et al.**
Civil Action No. 3:18-cv-17552
DOL No. 18-03070
**Request to Adjourn State Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint One-cycle from April 14, 2025 to May 5, 2025**

Dear Judge Bongiovanni,

This office represents the Defendants New Jersey Department of Children and Families, Christine Norburt Beyer, Mary Lippincott, Kyle Higgins, Katie Epperly, Juslande Pacius, and Janelle Clark ("State Defendants"), in the above-captioned matter.

On March 7, 2025, State Defendants filed a Motion to Dismiss Plaintiffs' Fourth Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), marked returnable April 7, 2025. Plaintiffs filed a letter pursuant to L. Civ. R. 7.1(d)(5) for an automatic extension of the return date. ECF No. 116. Plaintiffs filed their opposition to State Defendants' motion on April 7, 2025. ECF No. 117. State Defendants respectfully request the Court adjourn the motion one-cycle until May 5, 2025, making State Defendants' reply brief due on April 28, 2025. Plaintiffs consent to this request.

If the court has any questions or concerns, I can be reached at 609-815-2839.

Thank you for your kind consideration.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Phoenix N. Meyers
Phoenix N. Meyers (307302019)

AC
cc: all counsel of record via CM/ECF