Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL LASCHE and JENNIFER LASCHE, | |
| *Plaintiffs*, | **Civil Action No. 3:18-cv-17552-GC-TJB** |
| v. | |
| STATE OF NEW JERSEY, *et al.* | **NOTICE OF WITHDRAWAL** |
| *Defendants*. | |

TO THE CLERK OF COURT:

William J. Haun hereby withdraws as co-counsel for Plaintiffs in the above captioned matter. All other counsel of record for Plaintiffs will continue to represent Plaintiffs in this matter.

Dated: February 13, 2026

Respectfully submitted,

/s/ *Richard C. Osborne*
Richard C. Osborne
THE BECKET FUND FOR
    RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
    Suite 400
Washington, DC 20006
(202) 955-0095
*rosborne@becketfund.org*

It is on this 17th day of February, 2026,
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.

1