## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL LASCHE and JENNIFER LASCHE,<br><br>   *Plaintiffs*,<br><br> v.<br><br>NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES; CHRISTINE NORBUT BEYER, in her official capacity as Commissioner of the New Jersey Department of Children and Families; MARY LIPPINCOTT, Manager, Division of Child Protection and Permanency; KYLE HIGGINS, Caseworker, Division of Child Protection and Permanency; KATIE EPPERLY, Supervisor, Division of Child Protection and Permanency; JUSLANDE PACIUS, Resource Parent Supervisor, Division of Child Protection and Permanency; and JANELLE CLARK, Resource Parent Worker, Division of Child Protection and Permanency, each in their official and personal capacities,<br><br>   *Defendants*. | **Civil Action No. 3:18-cv-17552-GC-TJB**<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM J. HAUN** |

Richard C. Osborne
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
*Counsel for Plaintiffs*

Pursuant to Rule 101.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, the undersigned, a member in good standing of the Bar of this Court, hereby moves that attorney William J. Haun be admitted *pro hac vice* to act as counsel for Michael Lasche and Jennifer Lasche in the above-captioned matter. In support hereof, the undersigned states as follows:

1. William J. Haun is an attorney with the law firm of The Becket Fund for Religious Liberty, 1919 Pennsylvania Avenue NW, Ste. 400, Washington, DC 20006; Telephone: (202) 955-0095; Fax: (202) 955-0090; and E-mail: whaun@becketfund.org.

2. William J. Haun is admitted and is a member in good standing of the State Bars of Washington, DC ("active" status) and Connecticut ("retired" status); United States Supreme Court; United States Court of Appeals for the D.C. Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit; United States District Court for the District of Washington, D.C., United States District Court for the Northern District of New York, United States

1

District Court for the Western District of Michigan, United States District Court for the District of Maryland.

3. William J. Haun has represented that he is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon him in any jurisdiction.

4. A certified statement of William J. Haun is attached hereto as required by Local Rule 101.1.

5. Upon entry of Order granting this Motion, William J. Haun shall pay the $150.00 admission fee. Mr. Haun also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

April 27, 2026        Respectfully submitted,

/s/ Richard C. Osborne
Richard C. Osborne
THE BECKET FUND FOR
   RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W.,
Ste. 400
Washington, DC 20006
(202) 955-0095
rosborne@becketfund.org

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 27th day of April, 2026. Notice of this filing will be sent to counsel of record for the parties by operation of the Court's electronic filing system.

/s/ Richard C. Osborne
Richard C. Osborne

3