JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street
PO Box 116
Trenton, NJ 08611
Attorney for Defendants,
  New Jersey Department of Children and Families,
  Christine Norbut Beyer, Mary Lippincott, Kyle
  Higgins, Juslande Pacius, Katie Epperly, and
  Janelle Clak

By: Phoenix N. Meyers (307302019)
    Deputy Attorney General
    609-815-2839
    Phoenix.Meyers@law.njoag.gov
    DOL# 18-03531

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| MICHAEL LASCHE and JENNIFER LASCHE, <br> *Plaintiffs*, <br> v. <br> NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES; CHRISTINE NORBUT BEYER, in her official capacity as Commissioner of the New Jersey Department of Children and Families; MARY LIPPINCOTT, Manager, Division of Child Protection and Permanency; KYLE HIGGINS, Caseworker, Division of Child Protection and Permanency; KATIE EPPERLY, Supervisor, Division of Child Protection and Permanency; | CIVIL ACTION NO. <br> 3:18-CV-17552 <br><br> **ANSWER ON BEHALF OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT** |

| JUSLANDE PACIUS, Resource Parent Supervisor, Division of Child Protection and Permanency; and JANELLE CLARK, Resource Parent Worker, Division of Child Protection and Permanency, each in their official and personal capacities, *Defendants*. | |
| --- | --- |

New Jersey Department of Children and Families, Christine Norbut Beyer, Commissioner of the New Jersey Department of Children and Families, Mary Lippincott, Kyle Higgins, Juslande Pacius, Katie Epperly, and Janelle Clak hereinafter referred to as "State Defendants" or "answering defendants" through their counsel, Jennifer Davenport, Attorney General of the State of New Jersey, Deputy Attorney General Phoenix N. Meyers appearing, hereby answers Plaintiffs' Fourth Amended Complaint as follows:

## NATURE OF THE ACTION

1. There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

2. Admitted that the Plaintiffs served as foster parents. State defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

3. Denied.

2

4. There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

5. Denied.

6.     State defendants are without knowledge or information sufficient to form a belief as to the allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

7.     State defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

8.     Denied.

9.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required.

10.     The allegation in this paragraph amounts to a legal conclusion, according no response is required.

11.     The allegation in this paragraph amounts to a legal conclusion, according no response is required. To the extent that any additional

response on behalf of answering defendant is deemed to be required, denied as to State Defendants.

12. The allegation in this paragraph amounts to a legal conclusion, according no response is required. To the extent any additional response is required, denied as to State Defendants.

## JURSIDICTION AND VENUE

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

## THE PARTIES

17. There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

18. There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

19. There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

20. There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

21.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

22.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

23.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

24.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

25.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

26.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required.

<u>FACTUAL BACKGROUND</u>

27.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

28.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required.

29.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required. Denied to the extent

the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

30. There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

31. The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

32. The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

33. The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

34. The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in

this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

35.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

36.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

37.      There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

38.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

39.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required Denied to the extent the allegation in

this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

40.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

41.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

42.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

43.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

44.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in

this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

45.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

46.     The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

47.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

48.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

49.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.   Denied to the extent the

allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

50.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

51.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

52.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

53.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

54.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the

allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

55.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

56.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

57.     There is no allegation being asserted against State Defendant in this paragraph, and as such no response is required.  Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

58.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

59.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

60.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

61.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

62.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

63.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

64.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

65.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

66.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

67.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

68.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

69.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

70.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

71.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

72.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

73.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

74.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

75.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

76.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

77.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

78.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

79.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

80.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this

Case 3:18-cv-17552-GC-TJB   Document 150   Filed 06/19/26   Page 16 of 58 PageID: 1241

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

81.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

82.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

83.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

84.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this

16

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

85.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

86.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

87.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

88.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this

17

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

89.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

90.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

91.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

92.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

93.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and

plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

94.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

95.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

96.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

97.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

98.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

99.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

100.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

101.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

102.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this

20

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

103.   State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

104.   State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

105.   State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

106.   State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

21

107.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

108.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

109.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs.

110.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

111.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and

22

plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

112.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

113.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

114.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

115.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and

plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

116.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

117.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

118.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

119.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and

plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

120.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

121.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

122.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

123.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and

plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

124.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

125.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

126.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

127.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and

26

plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

128. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

129. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

130. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

131. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and

plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

132. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

133. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

134. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

135. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and

28

plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

136.   The allegation in this paragraph amounts to a legal conclusion, accordingly no response is required.

137.   State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

138.   State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

139.   State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

140. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

141. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

142. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

143. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

144.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

145.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

146.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

147.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

148. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

149. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

150. Admitted.

151. Admitted.

152. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

153. State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

154.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

155.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

156.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

157.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

158.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

159.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

160.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

161.     State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

162.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

163.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

164.    State Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

165.    Denied.

166.    There are no allegations being asserted against State Defendants in this paragraph, and as such no response is required.

167.     There is no allegation being asserted against State Defendants in this paragraph, and as such no response is required. To the extent that any additional response on behalf of State Defendants is required, denied as to State Defendants.

CLAIMS FOR RELIEF

COUNT I
42 U.S.C. §1983
Free Exercise Clause – Not Generally Applicable
Individualized Exemptions
Answer on Behalf of State Defendant Commissioner Christine Norbut Beyer

168.     State Defendants incorporate by reference their answers in the above paragraphs.

169.     The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

170.     The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

36

171.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

172.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

173.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

174.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

175.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

176.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

177.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

178.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

179.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

180.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

181. The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

182. The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

183. Denied.

184. Denied.

185. The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent any additional response on behalf of State Defendant is required, denied as to State Defendant.

COUNT II
42 U.S.C. §1983
Free Exercise Clause – Not Generally Applicable
Comparable Activity
Answer on Behalf of State Defendant Commissioner Christine Norbut Beyer

186. State Defendants incorporate by reference their answers in the above paragraphs.

39

187. The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

188. The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

189. The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

190. The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

191. The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

192.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

193.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

194.    Denied.

195.    Denied.

196.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent any additional response on behalf of State Defendant is required, denied as to State Defendant.

COUNT III
42 U.S.C. § 1983
Free Exercise Clause – Religious Hostility
Answer on Behalf of State Defendant Commissioner Christine Norbut Beyer

197.    State Defendants incorporate by reference their answers in the above paragraphs.

198.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this

41

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

199.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

200.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

201.    Denied.

202.    Denied.

203.    State Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations of this paragraph and plaintiffs are left to their proofs. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

204.    Denied.

205.    Denied.

206.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

207.    Denied.

208.    Denied.

209.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent any additional response on behalf of State Defendant is required, denied as to State Defendant.

COUNT IV
42 U.S.C. § 1983
Free Exercise Clause – Religious Status Discrimination
Answer on Behalf of State Defendant Commissioner Christine Norbut Beyer

210.    State Defendants incorporate by reference their answers in the above paragraphs.

211.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

212.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response

43

on behalf of State Defendant is deemed to be required, denied as to State Defendant.

213.    Denied.

214.    Denied.

215.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

216.    Denied.

217.    Denied.

218.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent any additional response is required, denied as to State Defendants.  .

COUNT V
42 U.S.C. § 1983
Free Speech Clause -Viewpoint Discrimination
Answer on Behalf of State Defendant Commissioner Christine Norbut Beyer

219.    State Defendants incorporate by reference their answers in the above paragraphs.

220.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this

44

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

221.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

222.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

223.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

224.    Denied.

225.    Denied.

226.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

## COUNT VI
### 42 U.S.C. § 1983
### Free Speech clause – Compelled Speech
### Answer on Behalf of State Defendant Commissioner Christine Norbut Beyer

227.    State Defendants incorporate by reference their answers in the above paragraphs.

228.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

229.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

230.    Denied.

231.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

232.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response

on behalf of State Defendant is deemed to be required, denied as to State Defendant.

233.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

234.    Denied.

235.    Denied.

236.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

COUNT VII
42 U.S.C. § 1983
First Amendment Retaliation
Answer on Behalf of State Defendant Commissioner Christine Norbut Beyer

237.    State Defendants incorporate by reference their answers in the above paragraphs.

238.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this

47

paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

239.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

240.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

241.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

242.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

243.    Denied.

244.    Denied.

245.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

## COUNT VIII
### 42 U.S.C. § 1985
### Conspiracy to Interfere with Civil Rights
### Answer on Behalf of State Defendant Commissioner Christine Norbut Beyer

246.    State Defendants incorporate by reference their answers in the above paragraphs.

247.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

248.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

249.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response

49

on behalf of State Defendant is deemed to be required, denied as to State Defendant.

250.     Denied.

251.     Denied.

252.     The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

253.     The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendant is deemed to be required, denied as to State Defendant.

254.     Denied.

255.     Denied.

256.     The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

COUNT IX
N.J. Stat. Ann. § 10:5-1 et seq.
New Jersey Law Against Discrimination
Religious Discrimination
Response on Behalf of All State Defendants

257.    State Defendants incorporate by reference their answers in the above paragraphs.

258.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

259.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. Denied to the extent the allegation in this paragraph purports the State Defendants discriminated against the Plaintiffs on the basis of their religion.

260.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response on behalf of State Defendants is deemed to be required, denied as to State Defendants.

261.    The assertion in this paragraph amounts to a legal conclusion and as such no response is required. To the extent that any additional response

on behalf of State Defendants is deemed to be required, denied as to State Defendants.

262.    Denied.

## PRAYER FOR RELIEF

263.    Wherefore, this Court should deny Plaintiffs' request for declaratory relief.

264.    Wherefore this Court should deny Plaintiffs' request for preliminary and permanent relief.

265.    Wherefore this Court should deny Plaintiffs' request for preliminary and permanent relief.

266.    Wherefore this Court should deny Plaintiffs' request for nominal, compensatory, and punitive damages against State Defendants in their personal capacities.

267.    Wherefore this Court should deny Plaintiffs' request for attorneys' fees.

268.    Wherefore this Court should deny Plaintiffs any other relief.

## SEPARATE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Recovery is barred in this action by the failure of the Plaintiffs' Complaint to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint and the proceedings resulting therefrom and any recovery resulting therefrom is barred, limited and/or controlled by all provisions of the New Jersey Tort Claims Act, N.J.S.A. 59:1-1 through 59:12-3 inclusive, as if each section, provision, defense, and immunity were listed herein separately, particularly, and at length.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable Federal and State statute of limitation.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred for failure to meet the applicable limitations period for filing a claim under the Statute of Repose, N.J.S.A. 2A: 14-1.1.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs were contributorily and/or comparatively negligent.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate or minimize their alleged injuries or damages.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged injuries and damages were caused, in whole or in part, by pre-existing conditions, or other contributory or concurrent conditions or factors, including events occurring prior or subsequent to the occurrence made the basis of Plaintiffs' claim against defendant.

## EIGHTH AFFIRMATIVE DEFENSE

The injuries alleged in the complaint are not the foreseeable consequences of any act or omission and/or commission or conduct on behalf of this defendant and are too remote and/or speculative to warrant a recovery against this defendant.

## NINTH AFFIRMATIVE DEFENSE

The injuries were due to the acts or omissions of third persons over whom this defendant had no control.

## TENTH AFFIRMATIVE DEFENSE

Insofar as Plaintiffs' complaint attempts to assert, explicitly or implicitly, that this defendant is a successor-in-interest to any other entity or entities, all said averments are specifically denied in their entirety.

## ELEVENTH AFFIRMATIVE DEFENSE

54

This defendant is entitled to a set off against any claim asserted by the Plaintiff of all such sums which have been paid or funded by this defendant on behalf of the Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

Answering defendant was not negligent and violated no duty to the Plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

Recovery is barred in this action by virtue of the entire controversy doctrine.

## FOURTEENTH AFFIRMATIVE DEFENSE

Recovery is barred in this action by the principles of res judicata and collateral estoppel.

## FIFTEENTH AFFIRMATIVE DEFENSE

Recovery is barred in this action by principles of waiver.

## SIXTEENTH AFFIRMATIVE DEFENSE

Recovery in this action is barred by the New Jersey Contractual Liability Act, N.J.S.A. 59:13-1, et seq.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Recovery is barred in this action pursuant to Federal Preemption, including but not limited to all regulations promulgated under the FRA, United States Code and Code of Federal Regulations.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Answering defendant acted in good faith at all times.

### NINETEENTH AFFIRMATIVE DEFENSE

The conduct of answering defendant was reasonable, proper, and within the scope of their authority.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff is barred from seeking punitive damages as answering defendant did not act with evil motive or intent, or reckless or callous indifference to the federally protected rights of others.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Recovery is barred in this action as there is no custom, policy or practice that creates liability under 42 U.S.C. § 1983 or the New Jersey Civil Rights Act.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Answering defendant has qualified immunity from any claims against her.

### TWENTY-THRID AFFIRMATIVE DEFENSE

Answering defendant has prosecutorial immunity from any claims against her.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Answering defendant did not deprive Plaintiffs of any right, privilege or immunity secured to them by United States Constitution, any Act of Congress, the New Jersey Constitution or laws of the State of New Jersey.

## JURY DEMAND

Answering defendant demands a trial by jury on all issues in the cause.

## RESERVATION OF RIGHTS

Answering defendant reserves the right, at or before trial, to move to dismiss the complaint and/or for summary judgment, on the ground that the complaint fails to state a claim upon which relief can be granted and/or the defendants are entitled to judgment as a matter of law, based on any or all of the above defenses.

## CERTIFICATION OF COUNSEL

I am not aware of any other action, arbitration, or administrative proceeding regarding the subject matter in controversy in this case.

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY


By: /s/ Phoenix N. Meyers
    Phoenix N. Meyers
    Deputy Attorney General

DATE: June 19, 2026

58